# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ADVANCED SURGICAL INSTITUTE, LLC, a California limited liability company; and ANTHONY A. WU, M.D., an individual,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY, a Connecticut Corporation DBA Cigna; CONNECTICUT GENERAL LIFE INSURANCE COMPANY, an operating subsidiary of Cigna Corporation; EMBASSY OF THE STATE OF KUWAIT, an entity representing the government of the State of Kuwait in the United States; KUWAIT CULTURAL OFFICE, a specialized agency of the government of the State of Kuwait; and DOES 1 THROUGH 10 inclusive,<br><br>　　　　　Defendants. | Case No. 8:20-cv-01594 DSF (JEMx)<br>*Hon. Dale S. Fischer*<br><br>**ORDER RE JOINT MOTION AND APPLICATION FOR DISMISSAL WITH PREJUDICE** |

1

|   |   |
|---|---|
| 1 | THE COURT, having considered the Joint Motion and Application for |
| 2 | Dismissal with Prejudice, and finding good cause therefore, hereby ORDERS that |
| 3 | this matter is DISMISSED WITH PREJUDICE.  Each party is to bear its own |
| 4 | attorneys' fees, costs, and expenses. |

**IT IS SO ORDERED.**

DATED: February 29, 2024

_____
Honorable Dale S. Fischer
United States District Judge

**[PROPOSED] ORDER RE JOINT MOTION AND APPLICATION FOR DISMISSAL WITH PREJUDICE**